14-55897

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**YUN HSENG LIAO,**

Petitioner and Appellant,

**v.**

**MAURICE JUNIOUS, Warden,**

Respondent and Appellee.

On Appeal from the United States District Court
for the Central District of California

No. CV 10-5691-JGB
The Honorable Jesus G. Bernal, Judge

**SUPPLEMENTAL EXCERPTS OF RECORD**

KAMALA D. HARRIS
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
RYAN M. SMITH
Deputy Attorney General
State Bar No. 215076
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-2712
 Fax: (213) 897-6496
 Email:  DocketingLAAWT@doj.ca.gov
         Ryan.Smith@doj.ca.gov
*Attorneys for Respondent and Appellee*

# INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

**Document**                                                    **Pages**

1.    Opinion issued by California Court of Appeal
      Case No. B170596                              SER – 001 – 018

2.    Order issued by California Court of Appeal
      Case No. B215490, denying the petition.       SER – 019

RMS:ez
LA2014612912
51705362.doc